No. 433. LAING *v.* FOX, STATE TAX COMMISSIONER.

Motion submitted October 13, 1934. Decided October 22, 1934. *Per Curiam:* The motion of appellee to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. (1) *Southwestern Oil Co.* v. *Texas,* 217 U. S. 114, 121; *Brown-Forman Co.* v. *Kentucky,* 217 U. S. 563, 572 *et seq.; American Sugar Refining Co.* v. *Louisiana,* 179 U. S. 89, 95; *Hicklin* v. *Coney,* 290 U. S. 169, 176. (2) *League* v. *Texas,* 184 U. S. 156, 161; *Kentucky Union Co.* v. *Kentucky,* 219 U. S. 140, 152–153; *Magnano Co.* v. *Hamilton,* 292 U. S. 40, 44; (3) *Knights of Pythias* v. *Meyer,* 265 U. S. 30, 32–33; *Hicklin* v. *Coney,* 290 U. S. 169, 172; *Hartford Accident Co.* v. *Nelson Co.,* 291 U. S. 352, 358; *Swiss Oil Corp.* v. *Shanks,* 273 U. S., 407, 413. *Mr. Arthur S. Dayton* for appellant. *Mr. Homer A. Holt* for appellee.